**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:25-cv-02396-CV-AJR

Date: October 22, 2026


Title: Maykel Castilla-Sanchez v. The County, et al.

---

DOCKET ENTRY: **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE BECAUSE PLAINTIFF HAS NOT FILED A FIRST AMENDED COMPLAINT**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Nicholas Hyunh | None | None |
| --- | --- | --- |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| --- | --- |
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS)**

On October 21, 2025, *pro se* Plaintiff Maykel Castilla Sanchez ("Plaintiff"), then a detainee at the Orange County Jail, Theo Lacy Facility in Orange, California, filed a "Petition for Writ of Habeas Corpus" (the "Petition"). (Dkt. 1.) The Petition named Orange County Sheriff-Coroner Don Barnes and numerous Theo Lacy Jail officers. (Id. at 6.)

On January 9, 2026, the Court dismissed the Petition with leave to amend after concluding that Plaintiff's challenges to the conditions of his confinement were not cognizable in habeas corpus. (Dkt. 9.) The Court afforded Plaintiff two options: (1) file a First Amended Petition asserting a cognizable claim for habeas relief; or (2) pursue his conditions-of-confinement claims by filing a civil rights complaint pursuant to 42 U.S.C. § 1983. (Id. at 4.)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**



Plaintiff elected the second option. On August 3, 2026, Plaintiff filed the instant Civil Rights Complaint pursuant to 42 U.S.C. § 1983 (the "Complaint"). (Dkt. 22.) Plaintiff is now incarcerated at High Desert State Prison in Susanville, California. (Id. at 1, 23.) Plaintiff names the following Orange County officials and Theo Lacy Jail officers as Defendants and sues them in their individual and official capacities: (1) Sheriff-Coroner Don Barnes; (2) Division Commander John Doe 1; Sergeants (3) David Wise; (4) R. Miranda; (5) R. Elcock (#180); (6) R. Essoe; (7) K. Taylor; (8) Captain J. Steinle; Program Supervisors (9) Miss Julie; (10) Miss. A; (11) ADA Freeman"; and (12) ADA Snow (collectively, "Defendants"). (Id. at 5-6.)

On September 11, 2026, the Court screened the Complaint pursuant to 28 U.S.C. § 1915A and dismissed the Complaint with leave to amend for various pleading deficiencies (the "Dismissal Order"). (Dkt. 26.) Plaintiff was ordered to file a First Amended Complaint (the "FAC') on or before October 9, 2026. (Id. at 18.) The Court warned that failure to file a FAC would result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders. (Id.)

As of today, Plaintiff has neither filed an amended complaint nor requested a further extension of time in which to do so. This action cannot move forward unless and until Plaintiff files an amended complaint. **As the Court previously advised Plaintiff, failure to file a FAC will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

Plaintiff is ordered to file a FAC, if any, by **November 5, 2026** or show cause why the action should not be dismissed with prejudice for failure to prosecute. If Plaintiff chooses to file a FAC, it should bear the docket number assigned to this case (8:26-cv-02396-CV-AJR), be labeled "First Amended Complaint," and be complete and of itself without reference in any manner to the original Complaint or any other document (except any document that Plaintiff chooses to attach to the FAC as an exhibit). Plaintiff is encouraged to state his claims in simple language and provide only a brief statement of

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**



supporting facts, omitting facts that are not relevant. Should Plaintiff decide to file a FAC, he is encouraged to utilize the CV-66 form complaint attached to this Order.

**Plaintiff is expressly warned that failure to timely file a FAC in compliance with the Court's September 11, 2026 Order may result in a recommendation that this action be dismissed, with or without prejudice, for failure to prosecute and comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).**

Alternatively, if Plaintiff no longer wishes to pursue this action, he may voluntarily dismiss it by filing a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A blank Notice of Dismissal form is attached for Plaintiff's convenience.

IT IS SO ORDERED.

Attachment:

CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
CV-66, United States District Court, Central District of California Civil Rights Complaint.